```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 10237
    RHONDA AUSTIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-6433

------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/15/2004 and was confirmed 06/08/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

    The case was dismissed after confirmation 09/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE   37239.14            .00      21697.94
AMERICAS SERVICING COMPA  COST OF COLLE     150.00            .00         150.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,705.20                     1,255.20
TOM VAUGHN                TRUSTEE                                       1,339.86
DEBTOR REFUND             REFUND                                             .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            24,443.00

PRIORITY                                     .00
SECURED                                21,847.94
UNSECURED                                    .00
ADMINISTRATIVE                          1,255.20
TRUSTEE COMPENSATION                    1,339.86
DEBTOR REFUND                                .00
                   ---------------    ---------------
TOTALS             24,443.00           24,443.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```